IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00432-MSK-BNB

CATALYST SEARCH, LLC,

Plaintiff,

v.

KENNETH BRADY,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacate Scheduling/ Planning Conference** [docket no. 11, filed May 10, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling/Planning conference set for May 17, 2010 is **VACATED**.

IT IS FURTHER ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **May 25, 2010**, or a status report addressing why dismissal has not been accomplished.


DATED: May 11, 2010