IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-00432-MSK-BNB

CATALYST SEARCH, LLC,

       Plaintiff,

v.

KENNETH BRADY,

       Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE**

---

THIS MATTER is before the Court on the Unopposed Motion for Dismissal of Case With Prejudice (Motion) **(#14)** filed May 17, 2010. The Court having reviewed the foregoing:

ORDERS that the Motion is **GRANTED** and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 17th day of May, 2010.

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge